# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY J. HARRIS, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 17-0054-CG-N |
| WARDEN KLIENER, | ) |
| Respondent. | ) |

## FINAL JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent, Warden Kliener, and against Petitioner, Jeffery J. Harris, such that this action under 28 U.S.C. § 2241 is **DISMISSED without prejudice in part** and **DISMISSED with prejudice in part**, and that the Petitioner is not entitled to a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 18th day of September, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE